UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA BORJA<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; DOES 1-10<br><br>　　　　　　　Defendants. | CASE NO.: 2:24−CV−00221−DJC−JDP<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CERTAIN CASE MANAGEMENT DATES**<br><br>Complaint Filed: December 14, 2023<br>Trial: 10/20/2025 at 8:30 a.m.<br>District Judge: Hon. Daniel J. Calabretta |

Upon consideration of the Parties' Stipulation to Continue the Fact and Expert Discovery Case Management Dates, and good cause appearing therefore, IT IS HEREBY ORDERED that the Parties' Stipulation is GRANTED.  The Court hereby rules that the case management cates are continued as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Fact Discovery Completion Deadline | 11/15/2024 | January 31, 2025 |
| Initial Expert Disclosure Deadline | 12/06/2024 | February 14, 2025 |
| Rebuttal Expert Disclosure Deadline | 1/10/2025 | March 14, 2025 |
| Expert Discovery Completion Deadline | 2/07/2025 | April 4, 2025 |
| Dispositive Motion filing Deadline | 4/18/2025 | 4/18/2025 (no change) |
| Dispositive Motion Hearing Date | 6/12/2025 at 1:30 p.m. | 6/12/25 at 1:30 p.m. (no change) |
| Final Pretrial Conference | 8/28/2025 at 1:30 p.m. | 8/28/2025 at 1:30 p.m. (no change) |
| Trial | 10/20/2025 at 8:30 a.m. | 10/20/2025 at 8:30 a.m. (no change) |

Dated:  August 13, 2024         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE