UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA BORJA,<br><br>             Plaintiff,<br><br>     v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, DOES 1-10,<br><br>             Defendants. | Case No. 2:24-CV-00221-DJC-JDP<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES**<br><br>Complaint Filed:   December 14, 2023<br>Trial Date:            October 20, 2025<br>Judge:                   Hon. Daniel J. Calabretta |

Upon consideration of the Parties' Stipulation to Continue Pre-trial and Trial Dates, and good cause appearing therefore, IT IS HEREBY ORDERED that the Parties' Stipulation is GRANTED. The Court hereby rules that Pre-trial and Trial Dates are continued as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Fact Discovery Completion Deadline | January 31, 2025 | May 2, 2025 |
| Initial Expert Disclosure Deadline | February 14, 2025 | May 16, 2025 |
| Rebuttal Expert Disclosure Deadline | March 14, 2025 | June 6, 2025 |
| Expert Discovery Completion Deadline | April 4, 2025 | June 20, 2025 |
| Dispositive Motion Filing Deadline | April 18, 2025 | July 11, 2025 |
| Dispositive Motion Hearing Date | June 12, 2025 at 1:30 p.m. | September 4, 2025 at 1:30 p.m. |
| Final Pretrial Conference | August 28, 2025 at 1:30 p.m. | November 20, 2025 at 1:30 p.m. |
| Trial | October 20, 2025 at 8:30 a.m. | February 2, 2026 at 8:30 a.m. |

Dated:  October 15, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE