# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA BORJA,<br><br>          Plaintiff,<br><br>     v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, DOES 1-10,<br><br>          Defendants. | Case No. 2:24-CV-00221-DJC-JDP<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a), the above-entitled action is dismissed with prejudice in its entirety and as to all parties. Each party shall bear its own attorneys' fees, costs and expenses.

Dated:  January 8, 2025                            /s/ Daniel J. Calabretta
                                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                                 UNITED STATES DISTRICT JUDGE